UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KONRAD KORZENIOWSKI, | : CIVIL ACTION NO. |
| Plaintiff, | : |
| v. | : |
| NISSAN MOTOR ACCEPTANCE CORPORATION, | : |
| Defendant. | : APRIL 15, 2009 |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441(a) and 1446, the defendant, Nissan Motor Acceptance Corporation ("NMAC"), hereby petitions to remove to the United States District Court for the District of Connecticut a certain action currently pending in the Connecticut Superior Court, Small Claims Session at New Britain, captioned <u>Konrad Korzeniowski v. Nissan Motor Acceptance Corporation</u>, SCANB-154866 (the "State Court Action"). In support of this petition, NMAC represents as follows:

1. On or about March 30, 2009, initial process in the State Court Action, consisting of a Small Claims Writ and Notice of Suit and answer page, was served on NMAC's statutory agent, LexisNexis Document Solutions, Inc. A copy of that initial process is attached hereto as Exhibit A.

2. This action is a civil action arising under federal law, the Fair Credit Reporting Act, 15 U.S.C. §§ 1681 et seq.

3. This action is removable to the United States District Court pursuant to 28 U.S.C. § 1446(a), because it is an action involving a federal question, over which this court has original

jurisdiction pursuant to 28 U.S.C. § 1331.

4. Venue in this district is proper, as the plaintiff resides in New Britain, Connecticut, and commenced the action in the New Britain Judicial District of the Connecticut Superior Court.

5. The process attached hereto as Exhibit A constitutes all of the process, pleadings and orders served upon the defendant, and is submitted herewith as required by 28 U.S.C. § 1446(a).

6. Pursuant to 28 U.S.C. § 1446(d), the defendant NMAC will give written notice of this Notice of Removal to the plaintiff and promptly file it with the clerk of the Superior Court, Small Claims Session. A copy of NMAC's Notice of Filing Notice of Removal and Automatic Stay is attached hereto as Exhibit B.

        DEFENDANT,
        NISSAN MOTOR
        ACCEPTANCE CORPORATION

By _____
        William J. O'Sullivan (ct08452)
        Baker O'Sullivan & Bliss PC
        Putnam Park, Suite 100
        100 Great Meadow Road
        Wethersfield, CT 06109-2371
        Phone (860) 258-1993
        Fax (860) 258-1991
        o'sullivan@boblawyers.com
        Its Attorney

## CERTIFICATION

I hereby certify that on April 15, 2009, a copy of the foregoing was mailed, postage prepaid, to the following pro se party of record:

Mr. Konrad Korzeniowski
51 Rackliffe Drive
New Britain, CT 06051
(pro se plaintiff)

_____
William J. O'Sullivan

| SMALL CLAIMS WRIT AND NOTICE OF SUIT | CONNECTICUT SUPERIOR COURT SMALL CLAIMS SESSION | FOR COURT USE ONLY |
|---|---|---|
| JD-CV-40 Rev. 12-07<br>C.G.S. §§ 51-15, 51-345(g)<br>Pr. Bk. § 24-1 et seq. | Type or print legibly. Complete original and provide a copy for each defendant. If downloading the form from the Internet, include "Instructions to Defendant" for each defendant. File the original and copy(ies) for defendant(s) with the court, along with the appropriate entry fee. Retain a copy for your records. See "Instructions to Plaintiff" on back/page 2 for assistance. | DO NOT WRITE IN THIS SPACE<br>BARCODE LABEL ONLY |

(1.) INFORMATION THAT WILL DETERMINE HEARING LOCATION — New Britain Superior Court

ANSWER DATE

(2.) NAME ADDRESS AND ZIP CODE OF PLAINTIFF #1
PLTF #1
Konrad Korzeniowski
51 Rackliffe Drive
New Britain  CT 06051
TELEPHONE NO. (w/area code): 860 595 9436
[X] INDIVIDUAL

NAME ADDRESS AND ZIP CODE OF PLAINTIFF #2
PLTF #2

(3.) NAME, ADDRESS AND ZIP CODE OF ATTORNEY FOR PLAINTIFF(S)
Pro Se

(4.) NAME AND ADDRESS AND ZIP CODE OF DEFENDANT #1
DEF #1
Nissan Motor Acceptance Corporation
P. O Box 660366
Dallas, TX 75266
TELEPHONE NO. (w/area code): 800-777-67-00
[X] CORPORATION

NAME ADDRESS AND ZIP CODE OF DEFENDANT #2
DEF #2
Lexisnexis Docum Solutions Inc
701 Brazos Street, Suite 1050
Austin TX 78701
[X] AGENT FOR SERVICE (For Corporate Defendant)

(5.) NAME OF TOWN WHERE TRANSACTION/INJURY OCCURRED OR, IN HOUSING MATTERS, WHERE THE PREMISES ARE LOCATED:

(6.) IS THIS CLAIM BETWEEN A LANDLORD AND A TENANT? "X" box if yes: [ ]

**YOU ARE BEING SUED. THE PLAINTIFF(S) CLAIMS YOU OWE** ➡ (7.) AMOUNT CLAIMED $ 1,000.00  **PLUS COURT COSTS.**

(8) FOR THE FOLLOWING REASONS:

Placing inquires on my credit reports on 10/21/2008 Trans Union without my written or verbal authorization. Violation of law FCRA ACT 15 USC §,1682n(a)1b. Statutory Damages. Violation of §604. Permissible purpose of consumer reports [15 U.S.C§1681b] Fail to comply with Fair Credit Reporting Act (FCRA) 15. U.S.C §1681 et seq. Statutory Damages based on Violation of law FCRA ACT 15-USC § 1682 n(a)1 b

*The undersigned, being duly sworn, deposes and says that the signer has read the claim and, to the best of the signer's knowledge, information and belief, there is good ground to support it.*

(9) SIGNED: X Konrad Korzeniowski
TYPE IN NAME AND TITLE OF PERSON SIGNING AT LEFT: Konrad Korzeniowski

(10) SUBSCRIBED AND SWORN TO BEFORE ME ON (Date): 2/25/09
SIGNED (Clerk, Notary, Comm. of Sup. Ct.): X

(11) The undersigned deposes and says:   **MILITARY SERVICE AFFIDAVIT**
[ ] that the defendant is in the military or naval service of the United States.
[ ] that the undersigned is unable to determine whether or not the defendant(s) in this action are in the military or naval service of the United States.
[X] that no defendant in this action is in the military or naval service of the United States, and that, to the personal knowledge of the undersigned *(state facts showing defendant is not in such service)* Corporation

FOR COURT USE ONLY

VICKY RIVAS
NOTARY PUBLIC
MY COMMISSION EXPIRES SEP. 30, 2009

MAR 04 2009

SMALL CLAIMS

SIGNATURE AND TITLE   X Konrad Korzeniowski
SUBSCRIBED AND SWORN TO BEFORE ME ON (Date): 2/25/09
SIGNED (Clerk, Notary, Comm. of Sup. Ct.): X

DISTRIBUTION:   ORIGINAL - Court   COPY1 - Defendant   COPY2 - Defendant   COPY3 - Plaintiff   www.jud.ct.gov

EXHIBIT A



JD-CV-40A1, Rev 3/2006

**State of Connecticut - Superior Court**
**Centralized Small Claims**
80 Washington Street
Hartford, CT 06106-

Toll Free in Connecticut (866) 383-5927     Local Hartford Area (860) 756-7800
              Fax: (860) 756-7805                www.jud.ct.gov

154866
NISSAN MOTOR ACCEPTANCE CORPORATION
P.O. BOX 660366
DALLAS, TX 75266-

Docket No.: SCANB-154866     KORZENIOWSKI VS. NISSAN MOTOR ACCEPTANCE
   Venue: SCANB              CORPORATION

**Answer**

| YOU MUST ANSWER THIS CLAIM BY: | READ THE INSTRUCTIONS ON |
| **April 24, 2009** | THE BACK OF THE WRIT AND |
| YOUR ANSWER MAY BE MAILED, FAXED OR HAND DELIVERED AND MUST BE RECEIVED ON OR BEFORE THE ANSWER DATE. | NOTICE OF SUIT. IF YOU HAVE QUESTIONS, CALL THE TELEPHONE NUMBER LISTED ABOVE. |

IN RESPONSE TO THE ENCLOSED CLAIM FOR THIS AMOUNT   plus court costs, if any      $1,000.00
THIS IS MY ANSWER: (Check one box)

☐ I disagree with the claim because:
(State below why you disagree. Be brief but specific. At trial you will be able to explain your defense and submit documentation.

☐ I admit I owe the claim but desire more time to pay for the following reasons:
(You may suggest a method of payment or a timetable for and amount of deferred payments.)
DO NOT SEND PAYMENT(S) TO THE COURT. ALL PAYMENTS ARE TO BE MADE DIRECTLY TO THE FOLLOWING:
KONRAD KORZENIOWSKI, 51 RACKLIFFE DRIVE   NEW BRITAIN            , CT 06051-, (860)595-9436

☐ My counterclaim is: (Check box and see instructions if you claim the plaintiff owes you money.

| Signed | Print Name and Title of Person Signing | Date Signed |
| Address (No., Street, Town, Zip Code) | Telephone No. ( ) | Juris No. |

1. YOU DO NOT HAVE TO COME TO COURT ON THE ABOVE DATE EXCEPT TO SUBMIT A WRITTEN ANSWER IF YOU HAVE NOT DONE SO BY THAT DATE. It is not the date of trial. If you have filed an answer contesting the claim the clerk will schedule a date for the trial and will send you a written notice of the date and time to come to court.

2.. Failure to file an answer by the answer date may result in a default judgment against you. If the plaintiff(s) win the case and you fail to pay the judgment, the plaintiff(s) may try to collect the money owed by getting permission from the court to have money taken out of your wages, financial accounts or other property.

| | |
|---|---|
| DOCKET NO. SCANB-154866 | : SUPERIOR COURT |
| | : |
| KONRAD KORZENIOWSKI | : CENTRALIZED SMALL |
| | : CLAIMS |
| | : |
| VS. | : AT HARTFORD |
| | : |
| NISSAN MOTOR ACCEPTANCE | : |
| CORPORATION | : APRIL 15, 2009 |

## NOTICE OF FILING OF NOTICE OF REMOVAL
## AND AUTOMATIC STAY

Pursuant to 28 U.S.C. § 1446(d), the defendant, Nissan Motor Acceptance Corporation, hereby gives notice that on this date it has filed a Notice of Removal and supporting papers with the United States District Court for the District of Connecticut. A copy of the Notice of Removal, exclusive of its exhibits, is attached hereto as Exhibit A. Pursuant to 28 U.S.C. § 1446(d), the Connecticut Superior Court, Small Claims Session is to proceed no further in this case unless the case is remanded back to this court by order of the United States District Court.

DEFENDANT,
NISSAN MOTOR
ACCEPTANCE CORPORATION

By _____
William J. O'Sullivan, Esq.
Baker O'Sullivan & Bliss PC
Putnam Park
100 Great Meadow Road
Wethersfield, CT 06109
Phone (860) 258-1993
Fax (860) 258-1991
o'sullivan@boblawyers.com
Its Attorneys

EXHIBIT B

## CERTIFICATION

I hereby certify that on April 15, 2009, a copy of the foregoing was mailed, postage prepaid, to the following pro se party of record:

Mr. Konrad Korzeniowski
51 Rackliffe Drive
New Britain, CT 06051

William J. O'Sullivan