FILED

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| KONRAD KORZENIOWSKI, | : CIVIL ACTION NO. |
| Plaintiff, | : |
| V. | : |
| NISSAN MOTOR ACCEPTANCE CORPORATION, | : |
| Defendant. | : APRIL 15, 2009 |

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

Please enter the appearance of the undersigned counsel, William J. O'Sullivan, on behalf of the defendant, Nissan Motor Acceptance Corporation, in the above-captioned matter.

DEFENDANT,
NISSAN MOTOR
ACCEPTANCE CORPORATION

By_____
William J. O'Sullivan (ct08452)
Baker O'Sullivan & Bliss PC
Putnam Park, Suite 100
100 Great Meadow Road
Wethersfield, CT 06109-2371
Phone (860) 258-1993
Fax (860) 258-1991
o'sullivan@boblawyers.com
Its Attorney

## CERTIFICATION

I hereby certify that on April 15, 2009, a copy of the foregoing was mailed, postage prepaid, to the following pro se party of record:

Mr. Konrad Korzeniowski
51 Rackliffe Drive
New Britain, CT 06051
(pro se plaintiff)

_____
William J. O'Sullivan