FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KONRAD KORZENIOWSKI, | : CIVIL ACTION NO. |
| Plaintiff, | : |
| V. | : |
| NISSAN MOTOR ACCEPTANCE CORPORATION, | : |
| Defendant. | : APRIL 15, 2009 |

## NOTICE OF PENDING MOTIONS

Pursuant to this court's Standing Order on Removed Cases, the defendant, Nissan Motor Acceptance Corporation, hereby provides notice to the court that there are no pending motions in this matter.

```
                                        DEFENDANT,
                                        NISSAN MOTOR
                                        ACCEPTANCE CORPORATION

                              By_____
                                        William J. O'Sullivan (ct08452)
                                        Baker O'Sullivan & Bliss PC
                                        Putnam Park, Suite 100
                                        100 Great Meadow Road
                                        Wethersfield, CT 06109-2371
                                        Phone (860) 258-1993
                                        Fax (860) 258-1991
                                        o'sullivan@boblawyers.com
                                        Its Attorney
```

## **CERTIFICATION**

    I hereby certify that on April 15, 2009, a copy of the foregoing was mailed, postage prepaid, to the following pro se party of record:

Mr. Konrad Korzeniowski
51 Rackliffe Drive
New Britain, CT 06051
(pro se plaintiff)

                                                      William J. O'Sullivan