FILED

2009 MAY -4  A 11: 29

U.S. DISTRICT COURT
BRIDGEPORT, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KONRAD KORZENIOWSKI, | CIVIL ACTION NO. |
| Plaintiff, | 3:09-CV-00615 (WWE) |
| V. | |
| NISSAN MOTOR ACCEPTANCE CORPORATION, | |
| Defendant. | APRIL 28, 2009 |

## ANSWER AND AFFIRMATIVE DEFENSE

The defendant, Nissan Motor Acceptance Corporation, hereby answers and interposes an affirmative defense to the plaintiff Konrad Korzeniowski's complaint, which was filed in the Connecticut Superior Court, Small Claims Session, and subsequently removed, on April 15, 2009, to this court:

The defendant denies that it placed a credit-bureau inquiry relating to the plaintiff on October 21, 2008, but admits that it did so on October 9, 2008. The defendant denies that such inquiry was without the plaintiff's authorization, and further denies that such inquiry was unlawful or that the defendant breached any of the statutes cited by the plaintiff.

## BY WAY OF AFFIRMATIVE DEFENSE

The plaintiff has failed to state a claim for which relief may be granted.

DEFENDANT,
NISSAN MOTOR
ACCEPTANCE CORPORATION

By _____
William J. O'Sullivan (ct08452)
Baker O'Sullivan & Bliss PC
Putnam Park, Suite 100
100 Great Meadow Road
Wethersfield, CT 06109-2371
Phone (860) 258-1993
Fax (860) 258-1991
o'sullivan@boblawyers.com
Its Attorney

## CERTIFICATION

I hereby certify that on April 28, 2009, a copy of the foregoing was mailed, postage prepaid, to the following pro se party of record:

Mr. Konrad Korzeniowski
51 Rackliffe Drive
New Britain, CT 06051
(pro se plaintiff)

_____
William J. O'Sullivan

2